RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 7/17/09
BY _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| EPCO CARBON DIOXIDE PRODUCTS, INC. | CIVIL ACTION NO. 08-1535 |
| VERSUS | JUDGE ROBERT G. JAMES |
| CANADIAN NATIONAL RAILWAY COMPANY, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation [Doc. No. 47] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Defendants' Motions to Dismiss for Lack of Subject Matter Jurisdiction [Doc. Nos. 13, 17, 43, & 45] are GRANTED, and Plaintiff's claims are DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

MONROE, LOUISIANA, this 17 day of July, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE